IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**STATE OF NEW MEXICO**,

    Plaintiff,

**CITY OF LAS CRUCES**,

    Plaintiff/Intervenor,

v.                                            No. 1:11-cv-00691-JB/WDS

**UNITED STATES OF AMERICA**;
**KENNETH L. SALAZAR**, Secretary of the
Department of Interior; **MICHAEL L. CONNOR**,
Commissioner of the Bureau of Reclamation;
**FILIBERTO CORTEZ**, Manager of the El Paso
Field Division of the Bureau of Reclamation in El Paso, Texas;
**UNITED STATES BUREAU OF RECLAMATION**;
**UNITED STATES DEPARTMENT OF THE INTERIOR**;
**ELEPHANT BUTTE IRRIGATION DISTRICT**; and
**EL PASO COUNTYWATER IMPROVEMENT
DISTRICT NO. 1**,

    Defendants.

## ORDER

    **THIS MATTER** came before the Court on November 27, 2012, for a hearing on a Motion For Appointment Of Magistrate To Assist Parties In Settlement Negotiations (Doc. No. 151). At the hearing the State requested that the motion be stayed pending further exchange of information. After hearing from all the parties the Court determined that any settlement negotiations involving the Court would be premature at this juncture.

    IT IS THEREFORE ORDERED that the Motion For Appointment Of Magistrate To Assist Parties In Settlement Negotiations (Doc. No. 151) is denied without prejudice. Counsel may re-file the motion at the appropriate time.

                                                   **W. DANIEL SCHNEIDER**
                                                   **United States Magistrate Judge**